Certificate Number: 14912-PAM-DE-035228603

Bankruptcy Case Number: 50-03147


14912-PAM-DE-035228603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 3, 2021, at 10:31 o'clock AM EST, Amy Usalis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 3, 2021     By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor