Certificate Number: 14912-PAM-DE-035228604

Bankruptcy Case Number: 50-03147


14912-PAM-DE-035228604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2021</u>, at <u>10:31</u> o'clock <u>AM EST</u>, <u>Edward Usalis</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 3, 2021</u>　　　By: <u>/s/Jai Bhatt</u>

　　　　　　　　　　　　　　　Name: <u>Jai Bhatt</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>