United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-02932-RNO |
| Amy Usalis | Chapter 7 |
| Edward Usalis | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 28, 2021 | Form ID: 318 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amy Usalis, Edward Usalis, 76 Papoose Drive, Auburn, PA 17922-9534 |
| 5363327 | + | American Express, POB 6985, Buffalo, NY 14240-6985 |
| 5363335 | + | Credit Control, PO Box 488, Hazelwood, MO 63042-0488 |
| 5363337 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 5363339 | + | First Commonwealth FCU, POB 20450, Lehigh Valley, PA 18002-0450 |
| 5363341 | + | General Revenue Corporation, Attn: Bankruptcy Dept., 4660 Duke Dr., Ste 300, Mason, OH 45040-8466 |
| 5363343 | + | HSN Card Svcs, POB 530905, Atlanta, GA 30353-0905 |
| 5363345 | + | LVNV Funding, LLC, 6801 S. Cimarron Road, Ste 424-J, Las Vegas, NV 89113-2273 |
| 5363344 | + | Lehigh Valley Health Network, POB 781733, Philadelphia, PA 19178-1733 |
| 5363346 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 5363350 | + | Midland Mortgage Co, Attn: Cust Svc/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5363352 | + | PP & L, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5363354 | + | Revco Solutions, POB 2724, Columbus, OH 43216-2724 |
| 5363361 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5363362 | + | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: william.schwab@txitrustee.com | Jan 28 2021 19:02:00 | William G Schwab (Trustee), William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235 |
| cr | + | EDI: PRA.COM | Jan 29 2021 00:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5363328 | + | EDI: AMEREXPR.COM | Jan 28 2021 23:58:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5363329 | + | EDI: TSYS2.COM | Jan 28 2021 23:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5363330 | + | EDI: CAPITALONE.COM | Jan 28 2021 23:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5363332 | + | EDI: COMCASTCBLCENT | Jan 28 2021 23:58:00 | Comcast, POB 70219, Philadelphia, PA 19176-0219 |
| 5363333 | + | EDI: COMCASTCBLCENT | Jan 28 2021 23:58:00 | Comcast - Bankruptcy Department, One Comcast Center, Philadelphia, PA 19103-2833 |
| 5363334 | | EDI: WFNNB.COM | Jan 29 2021 00:08:00 | Comenity Bank, PO Box 18125, Columbus, OH 43218 |
| 5363336 | + | EDI: DISCOVER.COM | Jan 28 2021 23:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5363338 | + | Email/Text: data_processing@fin-rec.com | Jan 28 2021 19:02:00 | Financial Recoveries, POB 385908, Minneapolis, MN 55438-5908 |

| | | | | |
|---|---|---|---|---|
| 5363340 | + | EDI: AMINFOFP.COM | Jan 29 2021 00:08:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5363342 | + | Email/Text: bankruptcy@affglo.com | Jan 28 2021 19:02:00 | Global Credit & Collections, 5440 North Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |
| 5363331 | | EDI: JPMORGANCHASE | Jan 28 2021 23:58:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5363347 | + | Email/Text: unger@members1st.org | Jan 28 2021 19:03:00 | Members 1st F C U, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5363348 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2021 19:06:36 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5363349 | + | EDI: MID8.COM | Jan 29 2021 00:08:00 | Midland Credit Management, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5363350 | + | EDI: AISMIDFIRST | Jan 28 2021 23:58:00 | Midland Mortgage Co, Attn: Cust Svc/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5363351 | + | EDI: AGFINANCE.COM | Jan 28 2021 23:58:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5363353 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 19:06:44 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 5363355 | + | Email/Text: atoomey@co.schuylkill.pa.us | Jan 28 2021 19:03:00 | Schuylkill County Courthouse, Prothonotary's Office, 401 North Second Street, Pottsville, PA 17901-1756 |
| 5363356 | + | EDI: RMSC.COM | Jan 28 2021 23:58:00 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5363357 | + | EDI: RMSC.COM | Jan 28 2021 23:58:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5363580 | + | EDI: RMSC.COM | Jan 28 2021 23:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5363358 | + | EDI: RMSC.COM | Jan 28 2021 23:58:00 | Synchrony Bank, PRA Receivables, POB 41021, Norfolk, VA 23541-1021 |
| 5363359 | + | EDI: RMSC.COM | Jan 28 2021 23:58:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 5363360 | + | EDI: RMSC.COM | Jan 28 2021 23:58:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5363363 | + | EDI: VERIZONCOMB.COM | Jan 28 2021 23:58:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Robert M. Reedy | on behalf of Debtor 2 Edward Usalis attyreedy@yahoo.com bill_crown@hotmail.com;attyreedy@yahoo.com |
| Robert M. Reedy | on behalf of Debtor 1 Amy Usalis attyreedy@yahoo.com bill_crown@hotmail.com;attyreedy@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab (Trustee) | schwab@uslawcenter.com wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amy Usalis | Social Security number or ITIN xxx–xx–5471 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Edward Usalis | Social Security number or ITIN xxx–xx–8739 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–02932–RNO | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amy Usalis                                    Edward Usalis

**By the court:**   *Robt N. Opel II*

1/28/21

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                           **Order of Discharge**                                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2